**Exhibit 1**



Toll Free: **877-WAYFAIR (929-3247)**

Express Checkout        Account Login    Billing & Shipping    Review Order    Order Receipt

My Rewards

Your rewards balance could be:
$2.76

Click here to get info/sign up!

**Stay Social**

Like Us On Facebook
Follow us on Twitter
Visit Our Blog

**Thanks for your order! Create an account to track it now:**

Just choose a password! You'll be able to track your order status, make changes to your order, create wish lists and shopping lists, receive special email offers and promotions, and much more!

E-mail Address*:    jilybc@aol.com  Why can't I change this?
Password*:          (6 to 20 characters)
Verify Password*:
Password Hint:      (In case you forget your password)

☐ Sign up for Wayfair rewards and earn $2.76 on this order. You can spend on anything at Wayfair - membership is free!

[ Complete Account ]

*Required information

Placed on: 10/21/2011 1:06:52 PM

**Order 41361257**

Thanks for your order - we'll start working on it right away. You'll receive an email receipt shortly. If you notice any issues on it, let us know right away so we can straighten everything out ASAP.

Continue Shopping at Wayfair

## Billing Information

Jill Cohen
23 Sloan Rd
West Chester, PA 19382
United States
jilybc@aol.com
6107932377

## Order Summary

Items:     $91.99
Shipping:  $0.00
Tax:       $0.00
Total:     $91.99

## Payment Method

Method:    Credit Card
Status:    Marked
Specifics: VISA:|***4585|exp: 9/12
Amount:    $91.99

Important Note: All charges will appear as Wayfair

## Order Summary

Ship To:

Jill Cohen
23 Sloan Rd
West Chester, PA 19382
United States
jilybc@aol.com
6107932377

Google Site Stats
learn more

| Item #1 – (124820586) | Qty | Cost |
|---|---|---|
| **Goodhope Bags Picnic Plus On The Go Cooler** (7462-Blue)<br>• SKU: #GHB1323<br>• Color: Blue | 1 | $91.99 |

Status:            Order is being processed
Returning:         See the return policy posted on our web site.
Ship Speed:        UPS/FedEx Ground
Shipping estimate: On or before 10/25/2011
Delivery estimate: On or before 10/31/2011

**We're here if you need us**

- We give you our best estimate for when your product will ship and arrive to you. We'll let you know if the timeframe changes, which happens occasionally.
- If your product arrives damaged in any way or is missing any parts, let us know and we'll order replacement parts for you.
- Unless an item is marked as non-returnable, you can return your item if you're not happy with it for any reason. Check out our return policy here.

Donate your old furniture to help people in need



Wayfair proudly sponsors the Help1Up program of the National Furniture Bank of



America. Furniture banks collect unwanted furniture and give it to those who need it most, including mothers escaping domestic violence, victims of natural disasters (such as over 40,000 Hurricane Katrina evacuees) and families living below the poverty line. To donate your unwanted furniture to a child or family in need, click here for more info.



Navigation to the webpage

What you can try:

- Retype the address.

Customer Reference Number: 46-88-78-62-9

Wayfair LLC, 177 Huntington Avenue, Suite 6000, Boston, MA 02115
Copyright 2002 - 2011 by Wayfair LLC. All rights reserved. Terms of Use



**From:** Wayfair <service@wayfair.com>
**To:** jilybc <jilybc@aol.com>
**Subject:** Thank you. Your Wayfair order confirmation #41361257 is enclosed.
**Date:** Fri, Oct 21, 2011 1:07 pm



Help  My Lists  My Account

**Enroll Now** and Earn 3% Back
Earn Wayfair Rewards for **every** purchase you make.

FURNITURE   DECOR   KITCHEN & DINING   BED & BATH   PATIO & GARDEN   HOME IMPROVEMENT   SALE   MORE

Dear Jill,

We got it! Your order #41361257 is in the works. Thank you.

Do us a favor: check your order info below to make sure it's 100% correct. Then, keep checking your inbox for your shipment tracking number.

Any questions, any time? You can always check your order status at wayfair.com/myaccount.

And again, thanks a lot for your order,
The Sales and Service Squad

**Order Number:** 41361257                                    Order Date 10/21/2011

| Billing Information | Shipping Information | May We Suggest ... |
|---|---|---|
| Jill Cohen<br>23 Sloan Rd<br>West Chester, PA 19382<br>United States<br>jilybc@aol.com<br>6107932377 | Jill Cohen<br>23 Sloan Rd<br>West Chester, PA 19382<br>United States<br>jilybc@aol.com<br>6107932377 |  **Victorinox** Altius 2.0 Cortina Zip-Around Travel Document Holder in Black Leather<br>$96.00 |
| Change ▸ | Change ▸ |  **Camp Chef** Professional Barbecue Grill Box for 3 Burner Stoves<br>★★★★★<br>$116.99 |

| Item(s) | Qty | Cost |
|---|---|---|
| **Goodhope Bags Picnic Plus On The Go Cooler**<br>(7462-Blue)<br>Color: Blue | 1 | $91.99 |

Ship Speed: UPS/FedEx Ground   (What's This?)
Shipping confirmation (Tracking): On or before 10/25/2011
Delivery estimate: On or before 10/31/2011                   Cancel ▸

 **Goodhope Bags** Flap-Over Computer Case
$138.99

Payment Method

Type: VISA***4585 Amount: $91.99         Subtotal: $91.99
                                         Shipping: $0.00
                                         Tax: $0.00

 **Cedar Creek** Cedar End Table / Ice Chest
$129.00

Total: $91.99

## Frequently Asked Questions:

**Where's My Stuff?**
Below each item is a delivery estimate which tells when your items are expected to arrive. Once your item ships from the warehouse, you will receive an email with the carrier and tracking information. If you ordered multiple items, you may receive several shipments. You can always check the Order Status Online for the most up-to-date information.

**How Do I See or Change My Order?**
To make any changes or cancel an order prior to shipment, click the links in the related section above. For any additional questions about shipping, delivery, or returns, you can go Online for fast personalized Help.



# wayfair
a zillion things home

**Questions? Don't love it?**
Wayfair.com/help
1-877-WAYFAIR or 1-877-929-3247
servicesquad@wayfair.com

**Billed To:**
Jill Cohen
23 Sloan Rd
West Chester, PA 19382
USA

**Shipped To:**
Jill Cohen
23 Sloan Rd
West Chester, PA 19382
USA

**Order Information:**
Page: 1 of 1
Order Number: 41361257
P.O. Number: CS9166963
Shipped Via: UPS/FedEx Ground

Your order of Friday, October 21, 2011

| Item # | Qty | description |
|---|---|---|
| 7462-Blue | 1 | Goodhope Bags Picnic Plus On The Go Cooler Blue |

*Message: Thanks for shopping at Wayfair, be sure to come back and use your coupon before it expires on 11/20/2011!*



Welcome to Wayfair!

With over 5,000 brands in our home collection, chances are we have what you're looking for.

To thank you for your purchase, please use the code below to receive an additional 10% off your next order.

Happy shopping!

## OUR GIFT TO YOU
## 10% OFF NEXT ORDER

Use Promo Code: 93123154
(some exclusions apply)



Shop All of Our Brands:



wayfair   Joss &Main   ALLMODERN