IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPECTRUM IMPORTS, INC., | : |
| Plaintiff, | : Civil Action No. 2:12-cv-06251-(TON) |
| v. | : |
| GOODHOPE BAGS INDUSTRIES INC.; | : |
| PREFERRED NATION INC.; | : |
| Godfrey Shyr, (Individual); | : |
| Michael Shyr, (Individual); | : |
| ABC CORPS 1-10; and | : |
| DEF CORPS 1-10 | : |
| Defendants. | : |

## STIPULATED INJUNCTION

This action having been commenced by plaintiff Spectrum Imports, Inc. ("Spectrum") on November 5, 2012, and personal service of the Complaint having been effected on Defendant Goodhope Bags Industries Inc. ("Goodhope") on November 30, 2012 and, a First Amended Complaint (Dkt. No. 18) having been filed on May 24, 2013 and service thereof having been effected on defendants Goodhope, Preferred Nation, Inc. ("PNI"), Godfrey Shyr and Michael Shyr (collectively referred to as "Defendants");

It appearing to the Court that it has jurisdiction over the subject matter of this action and general personal jurisdiction over plaintiff Spectrum and specific personal jurisdiction over Defendants for the limited purpose of issuing and enforcing this injunction only;

The Court having considered plaintiff's Complaint (Dkt. No. 1) and plaintiff's verified First Amended Complaint for Counterfeiting, Trademark Infringement, Unfair Competition, and

Unjust Enrichment (Dkt. No. 18) filed in this action and exhibits thereto, and Plaintiff and Defendants having stipulated to the entry of this injunction, the Court hereby Orders as follows:

Goodhope, PNI, and their respective divisions, departments, subsidiaries, affiliates, officers, directors, agents, agents, employees, shareholders, or other persons or entities acting under its control or acting on their behalf, who have or will receive actual notice of this Order, and Godfrey Shyr and Michael Shyr, are restrained and enjoined from doing any of the acts set forth below:

1. From manufacturing, importing, distributing, advertising, promoting, transferring, selling, supplying and/or offering to sell products, including portable coolers, using, bearing or otherwise displaying in connection therewith the PICNIC PLUS mark of United States Trademark Registration no. 3,869,842 (the "Mark"); and

2. From representing to the public in any way that Defendants, or any of them, are suppliers of products associated or connected with the Mark or of Plaintiff Spectrum.

IT IS SO ORDERED.

Dated: _Nov. 8_ 2013

Hon. THOMAS N. O'NEILL JR.

GOODHOPE BAGS INDUSTRIES INC.

BY: _Michael SHYR_

TITLE: _VP_

DATE: _10/31/13_

PREFERRED NATION INC.

BY: _president_

TITLE: _Michael SHYR_

DATE: _10/31/13_

_____
GODFREY SHYR

DATE: _11/1/13_

_____
MICHAEL SHYR

DATE: _10/31/13_

SPECTRUM IMPORTS, INC.

BY: _____
    DANIEL BERKOWITZ

TITLE: PRESIDENT

DATE: _____

GOODHOPE BAGS INDUSTRIES INC.

BY: _Michael Shyr_

TITLE: _V.P._

DATE: _10/31/13_

PREPERRED NATION INC.

BY: _Berkowitz_

TITLE: _Michael Shyr_

DATE: _10/31/13_

---

GODFREY SHYR

DATE: _____

MICHAEL SHYR

DATE: _10/31/13_

---

SPECTRUM IMPORTS, INC.

BY: _Daniel Berkowitz_

TITLE: _PRESIDENT_

DATE: _11/4/13_

448451.4

Page 3

RESCH POLSTER & BERGER, LLP

BY: *s/ Michael C. Baum*
MICHAEL C. BAUM, ESQUIRE
*Pro Hac Vice Application Pending*
SANDRA KHALILI, ESQUIRE
*Pro Hac Vice Application Pending*
Attorneys for Defendants
9200 W. Sunset Blvd., Ninth Floor
Los Angeles, CA 90069
Tel. 310-788-7535

HARDING, EARLEY, FOLLMER & FRAILEY, P.C.

BY: *s/ Frank J. Bonini, Jr.*
FRANK J. BONINI, JR., ESQUIRE
(PA BAR NO. 59394)
Attorney for Plaintiff
1288 Valley Forge Road
Valley Forge, PA 19482
Tel. 610-935-2300

GILBERT B. ABRAMSON & ASSOCIATES, LLC

DENNIS L. ABRAMSON, ESQUIRE
(PA BAR NO.88129)
Attorney for Defendants
One Presidential Blvd. -- Suite 315
Bala Cynwyd, PA 19004
Tel. 610-664-5700