IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPECTRUM IMPORTS, INC., <br><br> Plaintiff, <br> v. <br> GOODHOPE BAGS INDUSTRIES INC.; <br><br> PREFERRED NATION INC.; <br><br> Godfrey Shyr, (Individual); <br><br> Michael Shyr, (Individual); <br><br> ABC CORPS 1-10; and <br><br> DEF CORPS 1-10 <br><br> Defendants. | Civil Action No. 2:12-cv-06251-(TON) |

FILED
NOV 8 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### NOTICE OF DISMISSAL

The Plaintiff and the Defendants have amicably resolved this matter. Accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses the above-captioned action, with prejudice, subject to the Stipulated Injunction first being entered by the Court.

Respectfully submitted,

Date: November 8, 2013     By: s/Frank J. Bonini, Jr.

Frank J. Bonini, Jr. (PA 59,394)
fbonini@hardingearley.com
John F. A. Earley, III (PA 38,839)
jackearley@hardingearley.com
HARDING, EARLEY, FOLLMER
& FRAILEY, P.C.
*86 The Commons at Valley Forge East*

1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
Telephone: (610) 935-2300
Facsimile: (610) 935-0600
*Attorneys for Plaintiff Spectrum Imports, Inc.*